**DISMISS; and Opinion Filed June 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00891-CV

### FIRST BANK & TRUST COMPANY, THE BANK A/K/A THE BANK OF WEATHERFORD, AND DAVID GARVIN, Appellants
### V.
### CENTURA LAND CORPORATION F/K/A IORI CENTURA, INC., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-04743**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Schenck

Asserting they have settled all claims in the underlying case and all issues presented for appeal, the parties have filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

140891F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FIRST BANK & TRUST COMPANY, THE
BANK A/K/A THE BANK OF
WEATHERFORD, AND DAVID GARVIN,
Appellants

No. 05-14-00891-CV        V.

CENTURA LAND CORPORATION F/K/A
IORI CENTURA, INC., Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-04743.
Opinion delivered by Justice Schenck.
Justices Bridges and Lang participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As per the parties' agreement, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 18th day of June, 2015.